IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARTIN McALLISTER,

    Plaintiff,

v.

                          CIVIL ACTION NO.: CV511-089

DR. THOMAS J. FERRELL,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that dismissing his cause of action based on his failure to satisfy the grievance procedure would be a miscarriage of justice and a violation of his constitutional right to fair and equal medical attention. Plaintiff asserts that Grievance Number 055074 was dated September 20, 2010, and he did not receive the warden's response until October 28, 2010, which was eight (8) days after the deadline expired. Plaintiff contends that he should not be penalized under the grievance procedure because prison officials did not adhere to this procedure.

There is no evidence that Plaintiff filed a grievance bearing the number 055074. (Doc. No. 18-3, p. 6). However, Plaintiff filed Informal Grievance 86900, dated May 17, 2011, while he was housed at Macon State Prison. This informal grievance also contains the number 055074 and details Plaintiff's alleged problems concerning his C-

PAP machine and supplies. Plaintiff filed a formal grievance on June 7, 2011, and the warden's response was dated June 21, 2011. (Doc. No. 18-3, pp. 8-13). This evidence underscores the Magistrate Judge's determination that Plaintiff did not exhaust his available administrative remedies prior to filing his Complaint regarding his claims against Defendant Ferrell. Plaintiff filed his Complaint in the Middle District of Georgia on April 28, 2011 (Doc. No. 1), and his claims against Defendant Ferrell were transferred to this Court on September 1, 2011. (Doc. No. 10). If Informal Grievance Number 86900 and Grievance Number 055074 are identical, Plaintiff did not file this grievance until after he originally filed his Complaint. Additionally, the grievance details Plaintiff's complaints regarding the C-PAP machine and supplies, and the Magistrate Judge did not serve Plaintiff's Complaint on this factual basis.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented in this Order, is adopted as the opinion of the Court. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies prior to filing his Complaint. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of May, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA